United States District Court
Northern District of California

United States District Court
Northern District of California

| | |
|---|---|
| GARY L. LEWIS, <br><br> Plaintiff, <br><br> v. <br><br> COMMISSIONER OF SOCIAL SECURITY, <br><br> Defendant. | Case No.: C 4:12-4258 KAW <br><br> ORDER STRIKING COMMISSIONER'S MOTION TO DISMISS |

On December 10, 2012, Defendant filed a motion to dismiss this case. Pursuant to the Northern District's Procedural Order for Social Security Review Actions, Defendant was to file an answer, together with a certified copy of the administrative record. *See* Dkt #3. Defendant was not given leave to file a motion to dismiss; therefore, the Court strikes the pleading as impertinent. *See* Fed. R. Civ. P. 12(f).

Accordingly, it is hereby ORDERED that:

1. Defendant's motion to dismiss is stricken, and the hearing date of January 17, 2013, is vacated. *See* Dkt #16.

2. Defendant shall file an answer, together with a certified copy of the administrative record, within 30 days of the date of this order.

Dated:  December 18, 2012

KANDIS A. WESTMORE
United States Magistrate Judge