United States District Court
Northern District of California

GARY L. LEWIS,

        Plaintiff,

    v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

Case No.: C 4:12-4258 KAW

ORDER OF DISMISSAL

Plaintiff is *pro se* and proceeds *in forma pauperis* in this social security case. The parties have consented to the jurisdiction of a magistrate judge. *See* 28 U.S.C. § 636(c).

On February 27, 2013, the Court ordered Plaintiff to show cause why his case should not be dismissed for failure to prosecute, and ordered Plaintiff to file his motion for summary judgment no later than March 13, 2013. The Court warned Plaintiff that failing to comply with the order would result in the dismissal of the case.

Plaintiff has filed what appears to be a response to the order to show cause, but has not filed a motion for summary judgment. In his response to the order to show cause, he states that he is pro hac vice, which he is not, and mentions motions for reconsideration and for administrative relief, without explanation. The reponse contains no facts and no intelligible arguments.

Because Plaintiff has not filed his motion for summary judgment, and has not satisfactorily responded to the Court's order to show cause, the case is dismissed for failure to prosecute. See Fed. R. Civ. P. 41(b).

It is so ORDERED.

Dated: March 18, 2013

KANDIS A. WESTMORE
UNITED STATES MAGISTRATE JUDGE