**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GARY L. LEWIS,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>COMMISSIONER OF SOCIAL SECURITY,<br><br>　　　　Defendant. | Case No.: C-4:12-4258 KAW<br><br>JUDGMENT |

This matter having been fully considered, and the Court having determined that Plaintiff has failed to prosecute this case,

It is Ordered and Adjudged that Plaintiff take nothing, and that the action be dismissed.

IT IS SO ORDERED.

DATE: March 19, 2013

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　KANDIS A. WESTMORE
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE